NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1024

DIAMOND SAWBLADES MANUFACTURERS' COALITION,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

v.

SAINT-GOBAIN ABRASIVES, INC.,

Defendant-Appellant,

and

HEBEI JIKAI INDUSTRIAL GROUP CO., LTD. and
HUSQVARNA CONSTRUCTION PRODUCTS NORTH AMERICA, INC.,

Defendants-Appellants,

and

EHWA DIAMOND INDUSTRIAL CO., LTD.,

Defendant-Appellant,

and

BOSUN TOOLS GROUP CO., LTD.,

Defendant-Appellant.

Appeal from the United States Court of International Trade
in case no. 09-CV-0110, Senior Judge R. Kenton Musgrave.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

The appellants submit a motion for a stay, pending appeal, of the September 30, 2009 order of the United States Court of International Trade that required, inter alia, that the Department of Commerce et al. "issue and publish antidumping duty orders and require the collection of cash deposits on subject merchandise." The appellants also request that the court direct the Court of International Trade to cancel a hearing scheduled for November 6, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The United States and the Diamond Sawblades Manufacturers Coalition are directed to respond to the motion no later than November 10, 2009.

(2)    The Court of International Trade's September 30, 2009 order is temporarily stayed, pending receipt of the responses and the court's consideration of the motions papers.

(3)    The request to direct the Court of International Trade to cancel its hearing is denied.

FOR THE COURT

NOV 0 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Daniel B. Pickard, Esq.
       Jeanne E. Davidson, Esq.
       Lynn M. Fischer Fox, Esq.
       Kenneth G. Weigel, Esq.
       J. David Park, Esq.
       Gregory S. Menegaz, Esq.
s8

2010-1024                    - 2 -

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 4 2009

JAN HORBALY
CLERK